PERCY A. PAYNE, Appellant, *v.* JOHN B. BURKE et al., Copartners, under the Firm Name of BURKE BROTHERS, Respondents.

(Submitted July 11, 1933; decided July 11, 1933.)

*George A. King* for motion.

*Ransom Pratt* opposed.

Motion to open default denied, with ten dollars costs, The appeal was taken without right (*Meo* v. *Bloomgarden*, 262 N. Y. 73). The court will not open a default when the appeal is not authorized.